UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

TRANSPORTATION SPECIALIST GROUP, INC.         Case No. 16-13048-RBR
                                              Chapter 11
        Debtor.
_____/

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Eric S. Golden and Jonathan M. Sykes of the firm of Burr & Forman, LLP, 200 South Orange Avenue, Suite 800, Orlando, Florida 32801, files this Notice of Appearance as counsel of record in this proceeding for World Business Lenders, LLC ("Creditor"), creditor and party-in-interest.

Pursuant to Florida Rules of Bankruptcy Procedure 9010(b) and Local Rule 1007-2 and 2002-1, the undersigned does hereby request and demand that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, plans of reorganization, disclosure statements, notices, or other communications filed in or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, plan, disclosure statement, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever.  The undersigned further requests that the Clerk add him to the matrix in this case.

By filing this Notice of Appearance, Eric S. Golden and Jonathan M. Sykes, Burr & Forman, LLP, and/or Creditor, neither consent to nor waive (as applicable) any of the following: (i) any objection they might have to the jurisdiction of the Bankruptcy Court to determine any specific adversary proceeding or contested matter; (ii) that any specific adversary proceeding or

26873931 v1

contested matter is a core proceeding within the meaning of 27 U.S.C. § 157; (iii) that the Bankruptcy Court may enter a final order or judgment in any non-core proceeding; (iv) any right to jury trial to which they may otherwise be entitled pursuant to the United States Constitution or other applicable law; or (v) that the Bankruptcy Court may conduct any jury trial to which Creditor and party-in-interest may otherwise be entitled.

Respectfully Submitted this 11th day of March, 2016.

*/s/ Jonathan M. Sykes*
Eric S. Golden, Esquire
Florida Bar No. 0146846
Email: egolden@burr.com
        jmorgan@burr.com
Jonathan M. Sykes, Esquire
Florida Bar No. 73176
Email: jsykes@burr.com
lloving@burr.com; ccrumrine@burr.com
BURR & FORMAN LLP
200 South Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6636
Facsimile: (407) 540-6601
*Attorneys for World Business Lenders, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was furnished via electronic mail using the Court's CM/ECF system or U.S. Mail on March 11, 2016 to: **Stan Riskin, Esquire**, 950 S. Pine Island Road. #A-150, Plantation, FL  33324 stan.riskin@gmail.com, *Attorneys for Debtor;* and  Office of U.S. Trustee, 51 S. W. 1st Ave., Suite 1204, Miami, FL  33130.

*/s/ Jonathan M. Sykes*
Jonathan M. Sykes, Esquire