# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Case No. 16-13048-RBR
Chapter 11

TRANSPORTATION SPECIALISTS GROUP, INC.,

_____Debtor_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, TRANSPORTATION SPECIALIST GROUP, INC, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11: March 2, 2016.

2. Names, case numbers and dates of filing of related debtors: NONE

3. Description of debtor's business: Property owner of one (1) commercial property with two tenants.

4. Locations of debtors' operations and whether the business premises are leased or owned: Property owned located at 2170 Blount Rd., Pompano Beach, FL 33069 .

5. Reasons for filing chapter 11: Excessive secured debt.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing: Wayne Rowe , no salary

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:
    Gross income 2014 – $58,000.00
    Gross income 2015 – $55,000.00
    Gross income 2016 – $9,000.00

8. Amounts owed to various creditors:

    a. Obligations owed to priority creditors including priority tax obligations:

1

NONE

b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:

| PROPERTY | VALUE | SECURED DEBT | CREDITOR |
|---|---|---|---|
| 2170 Blount Rd.. | $695,746.00 | $555,839.00 | Winkler (private lender) (1st Mtg) |
| Pompano Beach, FL 33069 | | $12 5,717.00 | Bk of Lake Mills (2d Mtg) |
| | | $ 120,000.00 | City of Pompano Beach (lien) |

c. Amount of unsecured claims: $13,246.82

9. General description and approximate value of the debtor's assets: See #4 above

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires: see Exhibit A

11. Number of employees and amounts of wages owed as of petition date: NONE.

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): NONE.

13. Anticipated emergency relief to be requested within 14 days from the petition date: NONE.

/s/Stan Riskin
Signature

Stan L. Riskin
Name and Address of Debtor's Attorney
950 S. Pine Island Rd., Ste. A-150,
Plantation, FL 33324
Fla. Bar No.: 129106

2

## **EXHIBIT A**

Real property:

    2170 Blount Rd.
    Pompano Beach, FL 33069

Insurance carrier:

Atlantic Specialty Lines of Florida, Inc.
Pol. # D068324
Effective dates: 3/18/16 – 3/18/17
Full Coverage